Case 2:19-mj-01358-DUTY  Document 3  Filed 04/10/19  Page 1 of 2  Page ID #:97
Case 2:19-mj-01358-DUTY *SEALED*  Document 1-1 *SEALED*  Filed 04/03/19  Page 2 of 11
Page ID #:39

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

|  | Return |  |
|---|---|---|
| Case No.: 2:19-MJ-01358 | Date and time warrant executed: April 4, 2019 9:12 AM | Copy of warrant and inventory left with: Left at scene |
| Inventory made in the presence of: SA Rosa M. Quintana ||||

Inventory of the property taken and name of any person(s) seized:

See attached Receipt for Property.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 4, 2019

_____
Executing officer's signature

Rosa M. Quintana, Special Agent
_____
Printed name and title

FD-597 (Rev. 4-13-2015)                                                            Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 329A-SF-3011961

On (date) 04/04/2019

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Golden Investments of America, Inc.; Franco Fang

(Street Address) 113 W. Las Tunas Dr, Ste 207

(City) San Gabriel, CA 91776

Description of Item (s): One (1) Dell Inspiron 3650 Tower Service Tag H997JB2;

One (1) Synology 2TB external HDD S/N D3KDN00999 with power cords;

Nineteen (19) Boxes of miscellaneous loan documents and client files;

One (1) Dell Inspiron 3650 Service Tag 682TWK2;

One (1) Seagate 2TB Hard Drive S/N Z4Z8HCG6;

One (1) Seagate 1TB Hard Drive S/N 9VPAK8MJ

One (1) Dell Inspiron, Black Desktop Service Tag 6N7IQN1

One (1) red Verbatim thumbdrive YN08G5821006642SML

One (1) red Verbatim thumbdrive YN08G5821006641SML

One (1) green Verbatim thumbdrive YN08G5821015264SML

One (1) green Verbatim thumbdrive YN08G5821015221SML

One (1) white and green Kingston thumbrive CH 012108

One (1) silver SanDisc 128MB thumbdrive

One (1) silver 128MB thumbdrive

One (1) blue Verbatim thumbdrive YN08G5821016782SML

Received By: Left at scene (Signature)      Received From: Rosa Q (Signature)

Printed Name/Title:      Printed Name/Title: Rosa M. Quintana Special Agent